LEONARD J. REICH, Respondent, v. RICHARD J. TAPLINGER, Appellant.

 Concur — Steuer, J. P.; Capozzoli, McNally, McGivern and Witmer, JJ.